**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE LEE, | ) | Case No. CV-17-8305-R |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| SURYA DASI, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff was ORDERED to show cause in writing no later than **March 23, 2018** why this action should not be dismissed for lack of prosecution. On March 23, 2018, Plaintiff filed a response listing the procedural history and requesting for four additional weeks to serve the defendant. The Court FINDS that no good cause is shown to warrant a continuance.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: March 26, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE